IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**CHERYL A. BELUSCAK,** individually and
as **Administratrix of the Estate of Edward
A. Beluscak,** Deceased,

      Plaintiff,

   v.

**STONEBRIDGE LIFE INSURANCE
COMPANY,**

      Defendant.

No. 2:06-cv-873

Chief Judge Donetta W. Ambrose
Magistrate Judge Amy Reynolds Hay

## STIPULATION FOR DISMISSAL

   Plaintiff and Defendant, through their counsel, stipulate and agree that Plaintiff's claims

against Defendant are dismissed with prejudice.

      Respectfully submitted,

John A. Caputo & Associates     Dickie, McCamey & Chilcote, P.C.


By:___s:/ Bernard C. Caputo_____  By:___s:/ Richard S. Dorfzaun_____
Bernard C. Caputo, Esquire, PA ID 58819  Richard S. Dorfzaun, Esquire, PA ID #00275
Counsel for Plaintiff      Counsel for Defendant

Three Gateway Center, Fifth Floor East  Two PPG Place, Suite 400
Pittsburgh, PA  15222     Pittsburgh, PA  15222
(412) 3910-4990      (412) 281-7272

        APPROVED:

Date:_5/31/07_

UNITED STATES ~~MAGISTRATE~~ JUDGE